Schlager v Hospital for Special Surgery (2024 NY Slip Op 03347)

Schlager v Hospital for Special Surgery

2024 NY Slip Op 03347

Decided on June 18, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 18, 2024

Before: Manzanet-Daniels, J.P., Kennedy, Scarpulla, Shulman, Higgitt, JJ. 

Index No. 805230/17 Appeal No. 2523 Case No. 2023-05499 

[*1]Herbert Schlager et al., Appellants,
v
Hospital For Special Surgery, Respondent.

Jaroslawicz & Jaros PLLC, New York (David Tolchin of counsel), for appellants.
Heidell, Pittoni, Murphy & Bach, LLP, New York (Alejandra R. Gil of counsel), for respondent.

Order, Supreme Court, New York County (Erika M. Edwards, J.), entered October 12, 2023, which granted defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.
Defendant established entitlement to judgment as a matter of law in this action where plaintiff Herbert Schlager, after undergoing knee surgery the day before, fell from his bed. The court correctly found that defendant's experts showed that defendant's staff had adhered to the accepted standards of medical care in its fall risk assessment of plaintiff and properly implemented those procedures (see Boltyansky v New York Community Hosp., 175 AD3d 1478, 1478 [2d Dept 2019]).
In opposition, plaintiffs failed to raise a triable issue of fact. Their expert failed to opine as to a deviation in the standard of care. While the expert opined that defendant was negligent in failing to set the bed at its lowest level, this claim was contradicted by plaintiff's medical records, which repeatedly note that the bed was in the lowest position (see Homan v David Seinfeld, M.D., PLLC, 164 AD3d 1147, 1148 [1st Dept 2018]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 18, 2024